1    CREGGER & CHALFANT LLP
     ROBERT L. CHALFANT, SBN 203051
2    Email:  rlc@creggerlaw.com
     WENDY MOTOOKA, SBN 233589
3    Email:  wm@creggerlaw.com
     701 University Avenue, Suite 110
4    Sacramento, CA 95825
     Phone: 916.426-1889
5    Fax:  916.443-2124

6    Attorneys for Defendants COUNTY OF
     SACRAMENTO, BEN LAMERA, MARK ASPESI,
7    MICHAEL PENROSE, SUE FROST, KEITH
     FLOYD

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11

12   CHRISTOPHER LULL,                    Case No.: 2:18-cv-01020 MCE GGH

              Plaintiff,

13                                         **UNOPPOSED     REQUEST     FOR
         vs.                               CONTINUANCE    OF   HEARING    ON
14                                         DEFENDANTS        COUNTY      OF
     COUNTY OF SACRAMENTO, BEN             SACRAMENTO  AND  ASPESI'S  MOTION
15   LAMERA, MARK ASPESI, MICHAEL          TO   DISMISS   THE   COMPLAINT;
     PENROSE, SUE FROST and KEITH          [~~PROPOSED~~] ORDER
16   FLOYD; DOES 1 to 100,

17            Defendants.                  Date:  July 19, 2018
                                           Time:  9:00 a.m.
18                                         Courtroom:  9
                                           Judge:  Hon. Gregory G. Hollows
19

20

21         Defendants COUNTY OF SACRAMENTO and MARK ASPESI request that the Court

22   continue the hearing on their motion to dismiss the complaint, from July 19, 2018 at 9:00 a.m., to

23   September 6, 2018 at 9:00 a.m.

24         A continuance is needed because after the filing of the motion to dismiss, a sua sponte

25   continuance in a state court matter has created a conflict with the July 19 hearing date.  *See*

26   Declaration of Wendy Motooka in Support of Def.'s Request for Continuance ("Motooka Decl.")

27   at ¶¶ 3-5.  In addition, a continuance would be more efficient for the parties and the Court.  Since

28   the filing of the motion to dismiss, plaintiff has served the complaint on additional defendants (BEN

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 426-1889

DEF.S' COUNTY & ASPESI'S REQUEST FOR
CONTINUANCE OF HEARING ON MTD COMPL.          1
Case No. 2:18-cv-01020 MCE GGH

LAMERA, MICHAEL PENROSE, SUE FROST and KEITH FLOYD). These defendants also intend to move to dismiss, with their hearing date set for September 6, 2018. Motooka Decl. at ¶ 3.

Plaintiff has indicated that he does not oppose the continuance. Motooka Decl. at ¶ 6 & attached Exh. B.

Therefore, the County and Aspesi request that their motion to dismiss be continued to September 6, 2018, at 9:00 a.m., to be heard alongside the motion of the other four defendants.

DATE: July 16, 2018                    CREGGER & CHALFANT LLP


                                       /s/ Wendy Motooka
                                       WENDY MOTOOKA
                                       Attorneys for Defendants COUNTY OF SACRAMENTO, BEN LAMERA, MARK ASPESI, MICHAEL PENROSE, SUE FROST, KEITH FLOYD


**ORDER**

Having reviewed defendant's unopposed request for continuance, IT IS HEREBY ORDERED THAT:

1.      The hearing on defendants County of Sacramento and Mark Aspesi's motion to dismiss the complaint shall be continued from July 19, 2018 at 9:00 a.m. to September 6, 2018, at 9:00 a.m.

Dated: July 17, 2018

                                       /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

DEF.S' COUNTY & ASPESI'S REQUEST FOR
CONTINUANCE OF HEARING ON MTD COMPL.
Case No. 2:18-cv-01020 MCE GGH

2