UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER LULL, | No. 2:18-cv-01020-MCE-GGH |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Defendants have filed a Motion to Dismiss the Complaint filed in this matter. ECF No. 17. They have scheduled a hearing on the motion for January 17, 2019. Id. Due to the upcoming partial retirement of the undersigned there is insufficient time to complete the court's review and issue an order or findings and recommendations on the motion. Therefore, the undersigned recuses himself and the Clerk shall reassign this case to another magistrate judge.

In light of the foregoing IT IS HEREBY ORDERED that:

1. The Magistrate Judge is recused from further actions on this matter;

2. The Clerk shall reassign this case to another magistrate judge.

**IT IS SO ORDERED.**

Dated: November 28, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE