UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LULL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-1020-MCE-EFB PS<br><br><br><br>ORDER |

On September 10, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 10, 2019, (ECF No. 26) are ADOPTED;

2. Defendants' motion to dismiss (ECF No. 17) is GRANTED in part and DENIED in part as follows:

　　a.　Defendants' motion is GRANTED as to plaintiff's substantive due process and equal protection claims, and these claims are dismissed without leave to amend; and

        b.    Defendants' motion is DENIED as to plaintiff's First Amendment retaliation claim.

IT IS SO ORDERED.

Dated: September 30, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE