RIVERA HEWITT PAUL LLP
JONATHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email: JPaul@rhplawyers.com
      wmotooka@rhplawyers.com

Attorneys for Defendants COUNTY OF SACRAMENTO, BEN LAMERA, MARK ASPESI, MICHAEL PENROSE, SUE FROST, KEITH FLOYD


Christopher Lull (Pro Per)
8633 Antelope North Rd
Antelope, Ca 95843
916-826-4815

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LULL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, BEN LAMERA, MARK ASPESI, MICHAEL PENROSE, SUE FROST and KEITH FLOYD; DOES 1 to 100,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01020 MCE JDP<br><br>**STIPULATION TO DISMISS DEFENDANTS MICHAEL PENROSE AND KEITH FLOYD** |

　　　　WHEREAS plaintiff CHRISTOPHER LULL named MICHAEL PENROSE and KEITH FLOYD as individual defendants in this action;

　　　　WHEREAS discovery has been completed and it now appears that Mr. Penrose and Mr. Floyd were misjoined as parties; and

　　　　WHEREAS the parties wish to conserve their resources and those of the Court;

　　　　WHEREFORE, the parties hereby stipulate, by and through their counsel of record, that:

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION TO DISMISS PENROSE & FLOYD' ORDER
Case No. 2:18-cv-01020 MCE EFB

1

1. Defendant MICHAEL PENROSE shall be dismissed from this action; and

2. Defendant KEITH FLOYD shall be dismissed from this action.

**IT IS SO STIPULATED.**

DATE: October 14, 2020     RIVERA HEWITT PAUL LLP

 /s/ Wendy Motooka
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF SACRAMENTO, BEN LAMERA, MARK ASPESI, MICHAEL PENROSE, SUE FROST, KEITH FLOYD

DATE: October 14, 2020     CHRISTOPHER LULL

 /s/ Christopher Lull (as authorized on 10/14/20)
CHRISTOPHER LULL (Pro Per)

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION TO DISMISS PENROSE & FLOYD' ORDER
Case No. 2:18-cv-01020 MCE EFB

2

## **ORDER**

Having considered the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Defendant MICHAEL PENROSE shall be dismissed from this action; and

2. Defendant KEITH FLOYD shall be dismissed from this action.

IT IS SO ORDERED.

Dated: October 16, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION TO DISMISS PENROSE & FLOYD'
ORDER
Case No. 2:18-cv-01020 MCE EFB

3